**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

United States of America                      Case No. 1:08cr057

         Plaintiff                            Judge Michael R. Barrett

-vs-

Sean Everson

         Defendant

**ORDER**

This matter is before the Court on Defendant's Response in Opposition to Government's Response for Petitioner's Motion to Reduce Sentence and Request to Hold Petition in Abeyance to Clarification Act. (Doc. 82) The Government has filed a Response in Opposition to Defendant's Request to Hold Petition in Abeyance. (Doc. 83.)

Defendant filed a Petition for Relief under the Fair Sentencing Act of 2010. (Doc. 77.) The Court denied the Petition. (Doc. 80.) Defendant now seeks to hold the Petition in abeyance. Defendant explains that Congress has introduced H.R. 2316, which if passed into law would provide him with his requested relief.

However, because "H.R. 2316 is just a bill, it is not yet a binding law and, therefore, it does not provide Defendant with any relief." *United States v. Ford*, 2011 WL 5508835, *2 (E.D. Ky. Nov. 9, 2011). Accordingly, Defendant's Request to Hold Petition in Abeyance (Doc. 82) is **DENIED**.

       **IT IS SO ORDERED**.

                                           */s/ Michael R. Barrett*
                                           MICHAEL R. BARRETT, JUDGE
                                           United States District Court